# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) LUCERO, CARLOS F. | 2. Court or Organization US COURT OF APPEALS - 10TH CIR | 3. Date of Report 05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ARTICLE III JUDGE-ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 1823 STOUT STREET DENVER, CO 80257 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PRESIDENT & DIRECTOR | CARLOS F. LUCERO, PROFESSIONAL CORPORATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing Instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 A 11:34 FINANCIAL DISCLOSURE OFFICE

Lucero_Carlos_F

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. The Aspen Institute | 5/29-6/1 | Wye Woods, MD | Non-FJC Edu Seminar | Transportation, Food, Lodging |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ESTATE OF MARIA MEDINA | INSTALLMENT NOTE TO PURCHASE 1/2 INTEREST IN ▇▇▇ RES, RIO ARRIBA COUNTY, N.M. | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Valuer Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ● COMMERCIAL BUILDING, ALAMO SA COUNTY, CO | F | Rent | M | W | | | | | |
| 2. ● APARTMENTS, ALAMOSA COUNTY , CO | E | Rent | M | W | | | | | |
| 3. ● 1/4 SECTION FARM LAND; CONEJO S COUNTY, CO | A | Rent | K | W | | | | | |
| 4. Vacant Land, Conejos County Co | | None | K | R | | | | | |
| 5. 1/2 INTEREST IN ████████ RIO ARR IBA COUNTY, NM | | None | M | Q | | | | | See # 4 |
| 6. ████████ VACANT LOT; JEFFERSON COUNTY, CO | | None | M | S⁻ | | | | | |
| 7. LOS HERMANOS LUCEROS, LTD PART NERSHIP (14% INTEREST) | A | Dividend | M | U | | | | | See # 1 |
| 8. CARLOS F. LUCERO, PC (100% STOCK) | E | Dividend | J | U | | | | | See # 2 |
| 9. ● LCM, INC. (100% MUTUAL FUNDS) | E | Dividend | O | T | | | | | See # 3 |
| 10. TD AMERITRADE IRA BROKERAGE ACCOUNT | | | | | | | | | |
| 11. Diamonds Trust Series 1 Com (DIA) | A | Dividend | K | T | Buy | 11/20 | J | | |
| 12. Healthshares Diagnostic Etf (HHD) | | None | J | | Sold | 12/31 | J | | |
| 13. iShares Emerging Markets (EMU) | B | Dividend | | | Sold | 10/28 | K | | |
| 14. iShares: S&P Glbl Telecomm Se (IXP) | B | Dividend | | | Sold | 10/28 | K | | |
| 15. Proshares Ultrashort Russell 2000 Value (S JH) | | None | | | Sold | 1/24 | K | D | |
| 16. Powershares QQQQ (QQQQ) | A | Dividend | J | T | Buy | 11/20 | J | | |
| 17. Proshares Ultra QQQ: (QLD) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Spdr Index: Emerging Asia-Pac (GMF) | | None | | | Sold | 10/28 | K | | |
| 19. Spdr Index: S&P Emerging Europe (GUR) | | None | | | Sold | 10/24 | J | | |
| 20. Spdr Tr Unit Ser 1 (SPY) | A | Dividend | K | T | Buy | 1/28 | K | | |
| 21. Spdr Tr Unit Ser 1 (SPY) | | None | | | Buy (add'l) | 11/25 | J | | |
| 22. Vanguard Funds Emerging Markets Vipers (VWO) | A | Dividend | J | T | Buy | 10/24 | J | | |
| 23. Prudent Global Inc FD SH BEN INT (PS AFX) | A | Dividend | J | T | Buy | 10/24 | J | | |
| 24. Harbor FD BD FD INSTL (HABDX) | A | Dividend | J | T | Buy | 10/24 | J | | |
| 25. Mathews Intl FDS Pacific Tiger (MAPTX) | A | Dividend | K | T | Buy | 10/24 | K | | |
| 26. Payden Invt Emerging Markets BD FD ( PYEMX) | | None | J | T | Buy | 12/10 | J | | |
| 27. Payden Invt Group GNMA | A | Dividend | J | T | Buy | 10/24 | J | | |
| 28. PIMCO Funds Invest Grade Corp BD FD (PGCAX) | | None | J | T | Buy | 12/9 | J | | |
| 29. PIMCO High Yield FD ADMIN (PHYAX) | | None | J | T | Buy | 12/9 | J | | |
| 30. PIMCO Real Return (PRRDX) | A | Dividend | J | T | Buy | 10/24 | J | | |
| 31. Burnham Invs Tr Fin'l Svcs (BURKX) | | None | | | Sold | 10/28 | K | | |
| 32. Janus Adviser Ser L/S Fd Cl A (JALSX) | | None | | | Sold | 10/24 | L | | |
| 33. Ishares S&P Small Cap 600 Index | A | Dividend | K | T | Buy | 10/24 | K | | |
| 34. Money Market Fund TDAM US Goverment Port Class A | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ⬛TD AMERITRADE BROKERAGE ACCOUNT | | None | | | | | | | |
| 36. Diamond Trust Series I COM (DIA) | A | Dividend | K | T | Buy | 10/24 | J | | |
| 37. Diamond Trust Series I COM (DIA) | | None | | | Buy (add'l) | 11/07 | J | | |
| 38. Shares Boxx & INVTOP INVES FD (LQD) | | None | J | T | Buy | 12/9 | J | | |
| 39. PIMCO Corp Opportunity Fund Closed End (PTY) | A | Dividend | J | T | Buy | 12/9 | J | | |
| 40. Powershares QQQ (QQQQ) | A | Dividend | K | T | Buy | 10/24 | J | | |
| 41. Powershares QQQ (QQQQ) | | None | | | Buy (add'l) | 11/07 | J | | |
| 42. SPDR TR Unit Ser 1 (SPY) | | None | K | T | Buy | 10/24 | J | | |
| 43. SPDR TR Unit Ser 1 (SPY) | | None | | | Buy (add'l) | 11/07 | J | | |
| 44. Vanguard Msci US MID Cap 450 INDEX (VO) | A | Dividend | J | T | Buy | 10/24 | J | | |
| 45. Diamond Hill FDS Long-Short FD Cl A | B | Dividend | K | T | | | | | |
| 46. Franklin Mutual Recovery FD Cl A (FMRAX) | | None | | | Sold | 5/2 | K | | |
| 47. Janus ADV Intech FDS Long-Short FD Cl A (JALSX) | | None | | | Sold | 10/24 | K | | |
| 48. Leuthold Asset Allocation Fund (LAALX) | | None | | | Buy (add'l) | 3/28 | J | | |
| 49. Leuthold Asset Allocation Fund (LAALX) | | None | | | Buy (add'l) | 6/27 | J | | |
| 50. Leuthold Asset Allocation Fund (LAALX) | | None | | | Buy (add'l) | 9/26 | J | | |
| 51. Leuthold Asset Allocation Fund (LAALX) | A | Dividend | | | Sold | 10/29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Leuthold Core Investments FD* Sold half in 2007 (LCORX) | A | Dividend | K | T | | | | | |
| 53. TFS Captial FDS Market Neutral FD (TFSMX) | | None | | | Sold | 10/29 | K | | |
| 54. PIMCO Total Ret Fd Admin | A | Dividend | J | T | Buy | 12/9 | J | | |
| 55. Money Market Fund Dividends TDAM US Goverment Port Class A | A | Interest | K | T | | | | | |
| 56. ●CHARLES SCHWAB & CO, iNC. BROKERAGE ACCOUNT | | None | | | | | | | |
| 57. --SCHWAB MUNI MONEY FUND | A | Dividend | J | T | | | | | |
| 58. --EQUITABLE LIFE ASSURANCE SOCIETY--ANNUITY | D | Dividend | M | W | | | | | See # 2 |
| 59. --SAFECO LIFE INSURANCE COMPANY--ANNUITY | D | Dividend | M | W | | | | | See # 2 |
| 60. --COLORADO BONDSHARES | E | Dividend | N | T | | | | | |
| 61. ● LCM 3, LLC | | None | J | U | | | | | See # 5 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#1. Assets over $10,000 value consist of ▮▮▮ ranch, land, water rights, equipment, livestock and related property.

#2. Assets over $10,000 value cosistes of law partnership income earned prior to June 30, 1995 in the form of annuities. For tax purposes, annuity income is reported by CFL, P.C.

#3. Assets over $10,000 value consists of mutual funds.

#4. Land was purchased on January 1, 2003 for $50,174. ~~for~~ *from* the estate of Maria Medina property is subject to mortgage (part VI, Line 1).

#5. Assets of LCM 3, LLC consist of oil/gas investments through Avanti Exploration, LLC and are believed to be worthless at the close of the year.

Part VII Invesments and Trust Tie-Out to FDR 2007

2008 Line 12 same as 2007 Line 26
2008 Line 13 same as 2007 Line 12
2008 Line 14 same as 2007 Line 25
2008 Line 17 same as 2007 Line 35
2008 Line 18 same as 2007 Line 29
2008 Line 29 same as 2007 Line 31
2008 Line 31 same as 2007 Line 30
2008 Line 32 same as 2007 Line 15
2008 Line 45 same as 2007 Line 45
2008 Line 46 same as 2007 Line 43
2008 Line 47 same as 2007 Line 44
2008 Line 48 same as 2007 Line 40
2008 Line 52 same as 2007 Line 39
2008 Line 53 same as 2007 Line 41

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F. | 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544